UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NO. 3:11-CR-67 (CAR) |
| LUIS ANGEL DELGADO | : |

### PLEA

I, **LUIS ANGEL DELGADO**, having been advised of my Constitutional rights, and having had the charges herein stated to me, plead _NOT GUILTY_ this _7_ day of _March_, 2012.

_Luis Delgado_
LUIS ANGEL DELGADO
DEFENDANT

_Jim Smith_
JIM SMITH
ATTORNEY FOR DEFENDANT

_[signature]_
TAMARA A. JARRETT
ASSISTANT UNITED STATES ATTORNEY

-1-