```
                   IN THE UNITED STATES DISTRICT COURT
                   FOR THE MIDDLE DISTRICT OF GEORGIA
                              ATHENS DIVISION
```

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 3:11CR00067CAR |
| v. | ) | |
| LUIS DELGADO, | ) | |
|     Defendant. | ) | |

## NOTICE OF APPEARANCE AS COUNSEL

**PLEASE TAKE NOTICE** that the undersigned has been retained by the defendant to represent him in the above-captioned action. All further notices should be mailed to the undersigned at the address shown below.

Any motions previously filed in any other court or case arising out of the facts of the case at bar are incorporated herein by reference. Any Motions or Pleadings already filed or filed in the future by any alleged co-defendant in this case or any companion case are adopted and incorporated herein by this reference.

This 15th day of March, 2012.

Respectfully submitted,

_____
**s/JAMES W. SMITH**
James W. Smith
260 College Avenue
Athens, GA 30601
Telephone:706-353-3300
Facsimile: 706-354-4400
Email: jim.smith.attorney@gmail.com
Georgia State Bar No.660625
Attorney for Defendant

```
                IN THE UNITED STATES DISTRICT COURT
                 FOR THE MIDDLE DISTRICT OF GEORGIA
                           ATHENS DIVISION

                                )
UNITED STATES OF AMERICA,       )    CASE NO.: 3:11CR00067CAR
                                )
v.                              )
                                )
LUIS DELGADO,                   )
                                )
     Defendant.                 )
                                )
```

**CERTIFICATE OF SERVICE**

I, James W. Smith, Attorney for the above-named defendant, hereby certify that on the 15th day of March, 2012, I electronically filed the within and forgoing **NOTICE OF APPEARANCE** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

>Tamara A. Jarrett, Asst. United States Attorney
>United States Attorney's Office
>Middle District of Georgia
>P.O. Box 1702
>Macon, Georgia  31202-1702

This 15th day of March, 2012.

_____
**s/JAMES W. SMITH**
James W. Smith
260 College Avenue
Athens, GA 30601
Telephone: 706-353-3300
Facsimile: 706-354-4400
Email: jim.smith.attorney@gmail.com
Georgia State Bar No.660625
Attorney for Defendant