UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | SUPERSEDING INFORMATION |
| vs. | : | CRIMINAL NO. 3:11-CR-67 (CAR) |
| | : | VIOLATIONS:  21 U.S.C. § 843(b) |
| LUIS ANGEL DELGADO | : | 18 U.S.C. § 2 |
| Defendant. | : | Filed at 12:27 PM 11/8, 2012 |

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE

That on or about May 12, 2011, in the Athens Division of the Middle District of Georgia,

LUIS ANGEL DELGADO,

defendant herein, aided and abetted by others both known and unknown to the United States Attorney, knowingly and intentionally used a communication facility, to-wit, a telephone, in causing or facilitating the willful and knowing possession with intent to distribute Methamphetamine, a felony under Title 21, United States Code, Section 841(a)(1), by making telephone calls to Allentown, Georgia, all in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2.

MICHAEL J. MOORE
UNITED STATES ATTORNEY

BY:  s/TAMARA A. JARRETT
Georgia Bar No. 389629
Assistant United States Attorney
United States Attorney's Office
Middle District of Georgia
Post Office Box 1702
Macon, Georgia 31202
Telephone: (478) 752-3511
Email: tamara.jarrett@usdoj.gov